| | | | |
|---|---|---|---|
| Weaver v. Huss [7] | 1142 WDA 2015<br>Affirmed | 09/09/2016 | No. 2010–10883<br>(Washington) |
| Com. v. Smith, A. [8] | 1313 WDA 2015<br>Affirmed | 09/09/2016 | CP–02–CR–0016177–<br>1999<br>(Allegheny) |
| Com. v. Smith, D. | 1388 WDA 2015<br>Affirmed | 09/09/2016 | CP–07–CR–0002611–<br>2013<br>(Blair) |
| Com. v. Haskins | 1389 WDA 2015<br>Vacated | 09/09/2016 | CP–11–CR–0001274–<br>2007<br>(Cambria) |
| Com. v. Haskins | 1471 WDA 2015<br>Vacated | 09/09/2016 | CP–11–CR–0000769–<br>2007<br>CP–11–CR–0000770–<br>2007<br>CP–11–CR–0001274–<br>2007<br>(Cambria) |
| Com. v. Southerland [9] | 1525 WDA 2015<br>Affirmed | 09/09/2016 | CP–02–CR–0013051–<br>1990<br>(Allegheny) |
| Com. v. Munno | 1561 WDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 09/09/2016 | CP–02–CR–0016539–<br>2014<br>(Allegheny) |
| In the Interest of W.R.B.; Appeal of S.B. | 146 WDA 2016<br>Affirmed | 09/09/2016 | CP–7–DP–64–2013<br>(Blair) |
| Com. v. Smallwood | 726 EDA 2015<br>Affirmed | 09/12/2016 | CP–51–CR–0013250–<br>2012<br>(Philadelphia) |
| Nationstar Mortgage v. Williams | 1742 EDA 2015<br>Affirmed | 09/12/2016 | July Term, 2013 No.<br>4566<br>(Philadelphia) |
| Sibley v. McGogney [10] | 2091 EDA 2015<br>Affirmed | 09/12/2016 | 2011–C–2381<br>(Lehigh) |
| Com. v. Jacobs | 2542 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/12/2016 | CP–51–CR–0203011–<br>2005<br>(Philadelphia) |
| Com. v. Cruz | 3845 EDA 2015<br>Affirmed | 09/12/2016 | CP–15–CR–0004792–<br>2011<br>(Chester) |
| Com. v. Mitchell | 193 EDA 2016<br>Affirmed | 09/12/2016 | CP–46–CR–0000634–<br>2013<br>(Montgomery) |

7. Petition for reargument denied November 10, 2016.
8. Petition for reargument denied November 17, 2016.
9. Petition for reargument denied December 2, 2016.
10. Petition for reargument denied November 14, 2016.